**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **AMELIA DAVIS LESTER,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ALLSTATE PROPERTY AND**<br>**CASUALTY INSURANCE COMPANY,**<br><br>**Defendant.** | **No. 3:12-cv-299**<br><br>**(Campbell/Guyton)** |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant Allstate Property & Casualty Insurance Company. The Honorable Tena Campbell, United States District Judge, having rendered a decision granting the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that Allstate is entitled to, and is hereby awarded, a declaratory judgment stating that it has no obligation under Policy No. 000955706784 to pay Plaintiff Amelia Davis Lester's claim of loss (Claim # 0237906235); that Ms. Lester take nothing; that this action is **DISMISSED WITH PREJUDICE** on the merits; and that the parties shall bear their own costs.

SO ORDERED this 18th day of July, 2013.

**ENTERED:**

*Tena Campbell*
United States District Court Judge